# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY ALEMAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARREN L. MONTGOMERY,<br><br>　　　　　Respondent. | Case No. 5:18-cv-01591-SVW (SK)<br><br>**ORDER (1) ACCEPTING REPORT AND RECOMMENDATION TO DENY HABEAS PETITION AND (2) DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records, and the attached Report and Recommendation to deny the Petition. The time for objections has passed with none filed. The Court concurs with and accepts the findings and conclusions in the Report and Recommendation. The Court also finds, for the reasons stated in the Report and Recommendation, that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b).

THEREFORE, IT IS ORDERED that the Petition be DENIED, and that Judgment be entered dismissing this action with prejudice. IT IS FURTHER ORDERED that a certificate of appealability be DENIED.

DATED: October 17, 2019

　　　　　　　　　　　　　　　　　　　HON. STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE