# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY ALEMAN,<br><br>Petitioner,<br><br>v.<br><br>WARREN L. MONTGOMERY,<br><br>Respondent. | Case No. 5:18-CV-01591-SVW (SK)<br><br>**JUDGMENT** |

Pursuant to the order denying the habeas petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATED: October 17, 2019

HON. STEPHEN V. WILSON
U.S. DISTRICT JUDGE